FILED

04/21/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0105



# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Cause No. DA 20-0105

| | | |
|---|---|---|
| **NATHAN G. JUDD**, | ) | |
| | ) | |
| Appellant/Defendant and Counter Plaintiff | ) | |
| | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| **MUFFIE B. MURRAY** and **W. STEPHEN MURRAY**, **HELD FAMILY TRUST**, and **WILLIAM A. SARRAZIN**, | ) | **GRANT OF EXTENSION** |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Appellees/Plaintiffs and Counter Defendants. | ) | |

* * * * * * * * * * * * * * * *

Pursuant to authority granted under Rule 26(1), M.R. App. P., Appellant is given an extension of time until May 25, 2020, to prepare, file and serve the Appellant's brief.

DATED this _____ day of April, 2020.

_____
BOWEN GREENWOOD
Clerk of the Supreme Court

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
April 21 2020